**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

THADDEUS JACKSON,
    Petitioner,

vs.                                          Case No.  4:08cv404/MMP/MD

WALTER A. MCNEIL,
    Respondent.

_____

**O R D E R**

    This cause is before the court upon respondent's "Objections to and Notice of Partial Compliance with the Magistrate's Order Dated February 13, 2009."  (Doc. 15). Respondent objects to that portion of the order (doc. 14) requiring him to provide petitioner with a copy of any exhibits submitted with respondent's motion to dismiss that were not previously provided to petitioner.  The District Judge has directed that the pleading be construed as a motion for reconsideration and referred to the undersigned.  For the reasons that follow, the motion will be denied.

    Respondent argues that nothing in Rule 5 of the Rules Governing Section 2254 Cases requires the State to reproduce records already in petitioner's possession; that as part of the state court proceedings petitioner would have been provided with all documents and transcripts contained in his state court direct appeal and postconviction proceedings; that petitioner has not indicated that he is not in possession of any of the documents referenced in the appendix to the State's motion to dismiss; and that "[t]he repeated expense of duplicating and mailing large volumes of records, which the State has already expended the revenue to provide to the Petitioner on previous occasions, is unduly burdensome and wasteful."  (Doc. 15, pp. 2-3).  Respondent states that should petitioner identify specific documents of which he lacks a copy due to loss or damage, and this Court orders the State to provide such specific documents, the State does not object to producing those limited copies to petitioner.  (*Id*., p. 3).

The Court stands by its previous order. The exhibits attached to respondent's motion to dismiss are part of that motion. Fed. R. Civ. P. 10(c) ("A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes."); *see also* Rule 5, Rules Governing Section 2254 Cases in the United States District Courts (referring to transcripts, briefs on appeal and opinions as part of the "contents" of the answer); Rule 5, Rules Governing Section 2254 Cases, Advisory Committee's Note (noting that the Rule necessarily implies that the answer will be mailed to the petitioner or his attorney); Fed. R. Civ. P. 5(a) (requiring that any pleading filed after the complaint be served upon every party).

Accordingly, it is ORDERED:

1. Respondent's objection (doc. 15), construed as a motion for reconsideration, is DENIED.

2. Within **ten (10) days** of the docketing date of this order, respondent shall serve petitioner with a copy of the exhibits attached to his motion to dismiss.

3. Petitioner shall have **thirty (30) days** from the date indicated on respondent's certificate of service in which to file a response.

DONE AND ORDERED this 2ND day of March, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**